**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Hermell Products Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **06-0863589** | |

4. **Debtor's address**

**Principal place of business**

**9 Britton Drive**
**Bloomfield, CT 06002**
Number, Street, City, State & ZIP Code

**Hartford**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.hermell.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Hermell Products Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __2392__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Hermell Products Inc.** | | Case number (*if known*) | |
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Hermell Products Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | **Hermell Products Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 25, 2021**
MM / DD / YYYY

**X** **/s/ Ronald G. Pollack**                          **Ronald G. Pollack**
Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Anthony S. Novak**                    Date **March 25, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**Anthony S. Novak**
Printed name

**Novak Law Office, P.C.**
Firm name

**280 Adams Street**
**Manchester, CT 06042**
Number, Street, City, State & ZIP Code

Contact phone    **860-432-7710**    Email address    **anthonysnovak@aol.com**

**ct09074 CT**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Hermell Products Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 25, 2021**      X **/s/ Ronald G. Pollack**
                                                Signature of individual signing on behalf of debtor

                                                **Ronald G. Pollack**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

3/25/21  5:12PM

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Hermell Products Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>DISTRICT OF CONNECTICUT</b></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Albany Foam & Supply Inc. Attn: President 1335 Broadway Albany, NY 12204** | | **vendor** | | | | **$95,614.37** |
| **Bohan & Bradstreet Attn: President 2488 Boston Post Road Suite A Guilford, CT 06437** | | **vendor** | | | | **$9,000.00** |
| **Capital Foam Products Attn: President 75 East Union Avenue East Rutherford, NJ 07073** | | **vendor** | | | | **$549,350.58** |
| **Connecticut Natural Gas Attn: President P.O. Box 84720 Boston, MA 02284** | | **vendor** | | | | **$7,390.29** |
| **Eversource Attn: President P.O. Box 56002 Boston, MA 02205** | | **vendor** | | | | **$17,109.20** |
| **Fedex Custom Critical Inc. Attn: President P.O. Box 645123 Pittsburgh, PA 15264** | | **vendor** | | | | **$7,505.41** |
| **Kabbage Inc. Attn: President P.O. Box 77081 Atlanta, GA 30357** | | **loan** | | | | **$71,090.63** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Hermell Products Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Key Container Attn: President P.O.Box 2370 21 Campbell Street Pawtucket, RI 02861** | | vendor | | | | **$10,688.66** |
| **Robert Half International Inc. dba Accountemps Attn: Sherrill Dalb 100 Pearl Street 15th Floor Hartford, CT 06103** | | vendor | | | | **$9,565.63** |
| **Rock Valley Textiles Inc. Attn: President 11 Avon Street Janesville, WI 53545** | | vendor | | | | **$7,427.24** |
| **Shijiahuang Ou Le Trading Co Attn: President 38-2 Room Youyi North Street Shijiazhuang, Hebei, China** | | vendor | | | | **$106,217.84** |
| **Superb Packaging Inc. Attn: President 36 Van Tassel Court Highland Mills, NY 10930** | | vendor | | | | **$7,520.00** |
| **The Bloomfield Property Group Attn: President 40 Callendar Road Watertown, CT 06795** | | lease of builiding | **Contingent** | | | **$416,590.20** |
| **The Business Backer Attn: President 10856 Reed Hartman Highway Suite 100 Cincinnati, OH 45242** | Steve Tosh, | vendor | **Disputed** | | | **$112,161.90** |
| **Town of Bloomfield Attn: Tax Collector 800 Bloomfield Avenue Bloomfield, CT 06002** | | | | | | **$7,728.12** |

| Debtor | **Hermell Products Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration CT District Office 280 Trumbull Street, 2nd Floor Hartford, CT 06103** | | **9 Britton Drive Bloomfield CT 06002** | | **$150,000.00** | **$0.00** | **$150,000.00** |
| **Vantagebp Attn: President 1155 S. Grand Avenue Unit 105 Los Angeles, CA 90015** | | **vendor** | | | | **$6,750.00** |
| **Venora Electric Inc. Attn: President 71 West Dudley Town Road Bloomfield, CT 06002** | | **vendor** | | | | **$23,886.29** |
| **Wells Fargo Bank N.A. Attn: President P.O. Box 777 San Francisco, CA 94120** | | **loan** | | | | **$50,000.00** |
| **Windsor Federal Savings & Loan Attn: President 250 Broad Street Windsor, CT 06095** | | **9 Britton Drive Bloomfield CT 06002** | | **$325,000.00** | **$0.00** | **$325,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Hermell Products Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

---

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................    $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $    710,254.91

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $    710,254.91

---

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $    494,630.27

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    7,730.12

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$    1,623,058.12

4.  Total liabilities .............................................................................................................
    Lines 2 + 3a + 3b                                                                                $    2,125,418.51

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hermell Products Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Windsor Federal Savings Commercial Checking #9612** | **Checking** | **9612** | **$16,112.07** |
| 3.2. | **Windsor Federal Savings Commercial Checking #6913** | **Checking** | **6913** | **$100.00** |
| 3.3. | **Windsor Federal Savings Commerical Checking #6044** | **Checking** | **6044** | **$9,951.22** |
| 3.4. | **Windsor Federal Savings Business Checking #5404** | **Checking** | **5404** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | **$26,163.29** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **Hermell Products Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

| 11. | **Accounts receivable** |

11a. 90 days old or less:          $349,972.45        -        **$169,656.17**  = ....          **$519,628.62**
                                    face amount                  doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | **$519,628.62** |
|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** fabrics, foam packageing materials, polyester fibers, zippers, thread adhesive, yarn, and covers from China | | $0.00 | | $100,000.00 |
| 20. | **Work in progress** Covers in progress and foam parts being glued | | $0.00 | | $2,000.00 |
| 21. | **Finished goods, including goods held for resale** packaged tubular foam bandages and foam pillows for the wellness market | | $0.00 | | $15,000.00 |
| 22. | **Other inventory or supplies** corrugated cartons, packing tape, shrink wrap | | $0.00 | | $5,000.00 |

| Debtor | **Hermell Products Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**23.** **Total of Part 5.** $122,000.00

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value _____$50,000.00_____ Valuation method _____cost_____ Current Value _____$15,000.00_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **1 four drawer file, black metal shelf, 2 door cabinet, 5 drawer lateral file, 2 drawer lateral file, wooden credenza, 4 drawer file, Savin IM-C3500 printer, HP Laserjet M605 w/ laminate table, L-shape cubicle panel w/ 2 U-Shape desks w/ chairs, U-shape modular desk, wood laminate desk, 2 office chairs, side chair, 2 drawer file, Executive U shape Cherry desk w/ black office chair & CPU** | $0.00 | Liquidation Appraisal | $1,625.00 |
| **40.** **Office fixtures** **Frigidaire refrigerator & GE Microware, tables with 13 chairs, Magic Chef under counter fridge, sharp microwave, toaster, Keurig** | $0.00 | Liquidation Appraisal | $325.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **1 HP Pagewide Pro MFP 477 dw printer, 1 Dell Optiplex 3020 CPU with Dell Monitor, Zebra ZP450 lable printer & scale, 1 HP RP5800 CPU w/ HP Monitor & Zebra ZP505 label printer, 1 Dell OptiPlex 380 CPU - Dell Monitor - Brother TN830 printer,** | $0.00 | Liquidation Appraisal | $335.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

| Debtor | **Hermell Products Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | $2,285.00 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **BMW 530i xDrive Sedan** | $55,000.00 | **Kelly Blue Book** | $17,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**1 Layout table with metal base, 9'x12', 1 M. Latter Shrink Wrap Sealer M: 37-25, 11 pallet racking, 1 metal worktable, 1 mettler Toledo Platform roll on scale - Blue Diamond Plate, 2 hand trucks, 3 pedestal floor fans, 1 Global Pallet Jack, 1 Diamond Plate dock, 1 Rolling flat bed car, 1 Roll Master pallet jack, 2 rolling warehouse stairs, 1 Ormont Stuffing maching type FMP size 4R, 1 Black Rolling warehouse stairs, 1 Juki MO-2416, 1 Ace Strip cutter, 4 Juki DDL-8700-7, 2 Consew Industrial sewing machines, 1 Juki MO-2512N, 1 Cutting table 20'x6', 1 USM Hytronic Die Cutter M: B, 1 Visual Thermoforming Rotary Blister Sealer M: SD56C, 1 C3 Ingenuity Compresses & Rolls Pillow, 1 Metal layout table 16'x10', 1 Steady state clam shell sealer, 2 cloth carts, 3 Homemade spray booth w/ access tank managment system, 1 Atlas Copco air compressor, 1 EP Chicago pnematic air compressor, 1 Nano Purification 75 CFM Nano Cycling Refrigerated dryer, 1 L shaped layout table, 1 industrial packaging clam shell sealer, 1 manual cordage winder, 2 Lamb knitting machine, 1 Homemade steel cutting table, 1 Werner step ladder 12', 1 Vintage fiber picker** | $0.00 | **Appraisal** | $23,205.00 |

Debtor    **Hermell Products Inc.**                                    Case number *(If known)* _____
          Name

51.    **Total of Part 8.**                                                            | $40,178.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ☑ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ☑ Yes Fill in the information below.
       Lease of 9 Britton Drive, Bloomfield CT of 14,710 sq. ft. of office and manufacturing space.  Lease term August 13, 2020 - August 31, 2027

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☑ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities**<br>**Selective Insurance Company of South Carolina -**<br>**Workman's Compensation and Employers Liability**<br>**Insurance Policy #0115** | $0.00 |
| **Selective Insurance Company of South Carolina -**<br>**Commerical Insurance Policy #1351** | $0.00 |
| **Lincoln Term Life Insurance Policy (Keyman Life**<br>**Insurance)** | $0.00 |
| **Philadelphia Insurance Companies - Commerical**<br>**Insurance Policy #9717** | $0.00 |
| 74.    **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of**<br>**every nature, including counterclaims of the debtor and rights to** | |

| Debtor | **Hermell Products Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Hermell Products Inc.**                                    Case number *(If known)* _____
          Name

---

<div style="background:black;color:white;display:inline-block;">Part 12:</div>   **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,163.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $519,628.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $122,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,285.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,178.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $710,254.91 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $710,254.91 |

**Fill in this information to identify the case:**

Debtor name **Hermell Products Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **BMW Financial Services** | Describe debtor's property that is subject to a lien | $19,630.27 | $16,973.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President**
**P.O. Box 78103**
**Phoenix, AZ 85062**

**BMW 530i xDrive Sedan**

Creditor's mailing address

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**5675**

As of the petition filing date, the claim is:
Check that all apply

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **State of Connecticut** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Dept. of Economic**
**Development**
**Attn: Manager**
**505 Hudson Street**
**Hartford, CT 06106**

**9 Britton Avenue**
**Bloomfield CT 06002**

Creditor's mailing address

Describe the lien
**UCC filing**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

| Debtor | Hermell Products Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **U.S. Small Business** | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Administration
CT District Office
280 Trumbull Street, 2nd
Floor
Hartford, CT 06103**

**9 Britton Drive
Bloomfield CT 06002**

Creditor's mailing address

Describe the lien
**UCC filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Windsor Federal Savings and Loan Association

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Windsor Federal Savings & Loan** | Describe debtor's property that is subject to a lien | $358,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President
250 Broad Street
Windsor, CT 06095**

**9 Britton Drive
Bloomfield CT 06002**

Creditor's mailing address

Describe the lien
**UCC filing/term loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
U.S. Small Business Administration

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$527,630.27**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor   **Hermell Products Inc.**
_____
Name

Case number (*if known*)  _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BMW Financial Services**<br>**Attn: President**<br>**PO Box 3608**<br>**Dublin, OH 43016** | Line  **2.1** | |
| **U.S. Small Business Admin**<br>**Attn: Manager**<br>**2 North 20th Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | Line  **2.3** | |
| **U.S. Small Business Admin**<br>**Attn: James Rivera**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | Line  **2.3** | |
| **U.S. Small Business Admin.**<br>**Attn: Manager**<br>**P.O. Box 740192**<br>**Atlanta, GA 30374** | Line  **2.3** | |

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 3 of 3

**Fill in this information to identify the case:**

Debtor name    **Hermell Products Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Attn: Special Procedures**<br>**135 High Street, Stop 155**<br>**Hartford, CT 06103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1.00 | $1.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**State of Connecticut**<br>**Dept. of Revenue Services**<br>**C&E Division, Bankruptcy Unit**<br>**450 Columbus Blvd., Suite 1**<br>**Hartford, CT 06103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1.00 | $1.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Hermell Products Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,728.12 | $7,728.12 |

**Town of Bloomfield**
**Attn: Tax Collector**
**800 Bloomfield Avenue**
**Bloomfield, CT 06002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |

**A1-Label Co.**
**Attn: President**
**121 Hawkins Place #147**
**Boonton, NJ 07005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,614.37 |

**Albany Foam & Supply Inc.**
**Attn: President**
**1335 Broadway**
**Albany, NY 12204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |

**American Shipping Co. Inc.**
**Attn: President**
**250 Moonachie Road**
**Moonachie, NJ 07074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |

**Anchor Staffing Services LLC**
**Attn: President**
**36 Main Street**
**Windsor Locks, CT 06096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **vendor**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |

**Bardaglio Hart & Shuman**
**Attn: Managing Partner**
**594 North Street**
**P.O. Box 546**
**Windsor Locks, CT 06096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **accounting services**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Hermell Products Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,797.78 |
|---|---|---|---|
| | **Bishop & Company Inc.**<br>**Attn: President**<br>**1365 Wampanoag Trail**<br>**East Providence, RI 02915** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,091.67 |
|---|---|---|---|
| | **BMW Bank of North America**<br>**Attn: President**<br>**P.O. Box 78066**<br>**Phoenix, AZ 85062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|
| | **Bohan & Bradstreet**<br>**Attn: President**<br>**2488 Boston Post Road**<br>**Suite A**<br>**Guilford, CT 06437** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.26 |
|---|---|---|---|
| | **Braman**<br>**Attn: President**<br>**P.O. Box 368**<br>**Agawam, MA 01001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549,350.58 |
|---|---|---|---|
| | **Capital Foam Products**<br>**Attn: President**<br>**75 East Union Avenue**<br>**East Rutherford, NJ 07073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.42 |
|---|---|---|---|
| | **Central Transport**<br>**Attn: President**<br>**P.O. Box 33299**<br>**Detroit, MI 48232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.97 |
|---|---|---|---|
| | **Comcast**<br>**Attn: President**<br>**P.O. Box 70219**<br>**Philadelphia, PA 19176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  vendor | |
| | Last 4 digits of account number  0484 | Is the claim subject to offset? ■ No  ☐ Yes | |

3/25/21  5:12PM

| Debtor | **Hermell Products Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$562.17** |
|---|---|---|---|

**Comcast**
**Attn: President**
**P.O. Box 37601**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __9413__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$340.88** |
|---|---|---|---|

**Commerce Tachnologies LLC**
**Attn: President**
**25736 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,390.29** |
|---|---|---|---|

**Connecticut Natural Gas**
**Attn: President**
**P.O. Box 84720**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$348.19** |
|---|---|---|---|

**CT Occupational Medicine**
**Partners**
**Attn: President**
**P.O.Box 539**
**Hartford, CT 06141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,477.90** |
|---|---|---|---|

**Custom & Miller Box**
**Attn: President**
**P.O. Box 2410**
**Pawtucket, RI 02860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,219.24** |
|---|---|---|---|

**De Lage Landen Financial**
**Services, Inc.**
**P.O. Box 41602**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,360.56** |
|---|---|---|---|

**Dunlap Industries Inc.**
**Attn: Presient**
**P.O. Box 459**
**Dunlap, TN 37327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermell Products Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,099.00 |
|---|---|---|---|

**Employers Association of the Northeast**
Attn: Mark R. Adams
67 Hunt St  P.O. Box 1070
Agawam, MA 01001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **judgment**

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,088.80 |
|---|---|---|---|

**Encore Poly Corporation**
Attn: President
240 W. Passaic Street
Suite 7
Maywood, NJ 07607

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,109.20 |
|---|---|---|---|

**Eversource**
Attn: President
P.O. Box 56002
Boston, MA 02205

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,057.30 |
|---|---|---|---|

**Fabri-Quilt Inc.**
Attn: President
P.O. Box 843154
Kansas City, MO 64184

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,625.00 |
|---|---|---|---|

**Fabric Sales LLC**
Attn: President
P.O. Box 2309
Livingston, NJ 07039

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,138.39 |
|---|---|---|---|

**Fedex**
Attn: President
100 Old County Circle
Windsor Locks, CT 06096

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,505.41 |
|---|---|---|---|

**Fedex Custom Critical Inc.**
Attn: President
P.O. Box 645123
Pittsburgh, PA 15264

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermell Products Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,757.91** |
|---|---|---|---|
| | **Fedex Freight**<br>**Attn: President**<br>**P.O. Box 223125**<br>**Pittsburgh, PA 15251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$883.60** |
|---|---|---|---|
| | **Great American Financial Svcs**<br>**Attn: President**<br>**P.O. Box 660831**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$440.00** |
|---|---|---|---|
| | **Halco**<br>**Attn: President**<br>**20269 Mack Street**<br>**Hayward, CA 94545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,484.00** |
|---|---|---|---|
| | **Image Works**<br>**Attn: President**<br>**P.O. Box 3184**<br>**Vernon Rockville, CT 06066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,331.25** |
|---|---|---|---|
| | **Jennifer W. LaBrie**<br>**77 Old Stagecoach Road**<br>**Meriden, CT 06450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,797.50** |
|---|---|---|---|
| | **K & L Gates LLP**<br>**Attn: President**<br>**State Street Financial Center**<br>**One Lincoln Street**<br>**Boston, MA 02111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>vendor</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$71,090.63** |
|---|---|---|---|
| | **Kabbage Inc.**<br>**Attn: President**<br>**P.O. Box 77081**<br>**Atlanta, GA 30357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** <u>loan</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hermell Products Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,688.66**
| **Key Container** | |
| **Attn: President** | ☐ Contingent |
| **P.O.Box 2370** | ☐ Unliquidated |
| **21 Campbell Street** | ☐ Disputed |
| **Pawtucket, RI 02861** | |
| Date(s) debt was incurred _ | Basis for the claim:  **vendor** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,860.69**
| **Leaf** | |
| **Attn: President** | ☐ Contingent |
| **P.O. Box 742647** | ☐ Unliquidated |
| **Cincinnati, OH 45274** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **vendor** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,538.19**
| **Leaf Capital Funding LLC** | |
| **Attn: President** | ☐ Contingent |
| **2005 Market Street** | ☐ Unliquidated |
| **14th Floor** | ☐ Disputed |
| **Philadelphia, PA 19103** | |
| Date(s) debt was incurred _ | Basis for the claim:  **vendor** |
| Last 4 digits of account number  **8001** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,575.00**
| **Lincoln Finanical Group** | |
| **Attn: Presidnet** | ☐ Contingent |
| **1300 S. Clinton Street** | ☐ Unliquidated |
| **P.O. Box 2248** | ☐ Disputed |
| **Fort Wayne, IN 46801** | |
| Date(s) debt was incurred _ | Basis for the claim:  **vendor** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,431.00**
| **McElroy Deutch Mulcaney** | |
| **& Carpenter LLP** | ☐ Contingent |
| **One State Street** | ☐ Unliquidated |
| **14 Floor** | ☐ Disputed |
| **Hartford, CT 06103** | |
| Date(s) debt was incurred _ | Basis for the claim:  **services** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$224.76**
| **Metropolitan District** | |
| **Attn: President** | ☐ Contingent |
| **P.O. Box 990092** | ☐ Unliquidated |
| **Hartford, CT 06199** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **vendor** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,375.78**
| **Midstate Air Compressor Inc.** | |
| **Attn: Carlos Orozco** | ☐ Contingent |
| **1492 Berlin Turnpike** | ☐ Unliquidated |
| **Berlin, CT 06037** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **judgment** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

3/25/21  5:12PM

| Debtor | **Hermell Products Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
| --- | --- | --- | --- |

Milberg Factors Inc.
Attn: President
99 Park Avenue
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,650.00** |
| --- | --- | --- | --- |

Nortech Laboratories Inc.
Attn: President
125 Sherwood Avenue
Farmingdale, NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,956.49** |
| --- | --- | --- | --- |

NSI Total IT Support
Attn: President
P.O. Box 4110
Woburn, MA 01888

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$971.89** |
| --- | --- | --- | --- |

Paines Recycling & Rubbish Removal
Attn: President
P.O. Box 307
Simsbury, CT 06070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __2301__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$388.61** |
| --- | --- | --- | --- |

Paines Recycling & Rubbish Removal
Attn: President
P.O. Box 307
Simsbury, CT 06070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __425__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$431.00** |
| --- | --- | --- | --- |

Philadelphia Insurance
Attn: President
P.O. Box 70251
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,295.30** |
| --- | --- | --- | --- |

PIP New England Marketing
Attn: President
175 Benton Drive
East Longmeadow, MA 01028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermell Products Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,770.30** |
|---|---|---|---|
| | Pitney Bowes Global Financial Services Attn: President P.O. Box 371887 Pittsburgh, PA 15250 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number __1306__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,351.80** |
|---|---|---|---|
| | Polymershapes Attn: President 24482 Network Place Chicago, IL 60673 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,205.30** |
|---|---|---|---|
| | Prism Office Solutions Attn: President 75 School Ground Road Branford, CT 06405 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|
| | Pro Books Bookeeping & Tax Service LLC Attn: President 856 East Street South Suffield, CT 06078 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$627.06** |
|---|---|---|---|
| | Pure Water Partners Attn: President 1600 District Avenue Suite 200 Burlington, MA 01803 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number __4169__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$349.10** |
|---|---|---|---|
| | Quill Corporation Attn: President PO Box 37600 Philadelphia, PA 19101 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,565.63** |
|---|---|---|---|
| | Robert Half International Inc. dba Accountemps Attn: Sherrill Dalb 100 Pearl Street 15th Floor Hartford, CT 06103 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Hermell Products Inc.** _____    Case number *(if known)* _____

Name

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,427.24** |
|---|---|---|---|
| | **Rock Valley Textiles Inc.**<br>**Attn: President**<br>**11 Avon Street**<br>**Janesville, WI 53545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,025.83** |
|---|---|---|---|
| | **Sabra North America**<br>**Attn: President**<br>**2237 Wadhams Road**<br>**Smiths Creek, MI 48074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$106,217.84** |
|---|---|---|---|
| | **Shijiahuang Ou Le Trading Co**<br>**Attn: President**<br>**38-2 Room Youyi North Street**<br>**Shijiazhuang, Hebei, China** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$270.20** |
|---|---|---|---|
| | **Sonitrol**<br>**Attn: President**<br>**P.O.Box 4006**<br>**Rocky Hill, CT 06067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,406.40** |
|---|---|---|---|
| | **Stein Fibers**<br>**Keybank Lock Box Services**<br>**Attn: President**<br>**P.O. Box 714522**<br>**Cincinnati, OH 45271** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,520.00** |
|---|---|---|---|
| | **Superb Packaging Inc.**<br>**Attn: President**<br>**36 Van Tassel Court**<br>**Highland Mills, NY 10930** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$416,590.20** |
|---|---|---|---|
| | **The Bloomfield Property Group**<br>**Attn: President**<br>**40 Callendar Road**<br>**Watertown, CT 06795** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __lease of builiding__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Hermell Products Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112,161.90** |
|---|---|---|---|
| | **The Business Backer** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **10856 Reed Hartman Highway** | ■ Disputed | |
| | **Suite 100** | | |
| | **Cincinnati, OH 45242** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number __1753__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$470.62** |
|---|---|---|---|
| | **Uline** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **P.O. Box 88741** | ☐ Disputed | |
| | **Chicago, IL 60680** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,175.78** |
|---|---|---|---|
| | **UPS Freight** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **28013 Network Place** | ☐ Disputed | |
| | **Chicago, IL 60673** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$689.82** |
|---|---|---|---|
| | **UPS Small Parcel** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **P.O. Box 7247-0244** | ☐ Disputed | |
| | **Philadelphia, PA 19170** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,750.00** |
|---|---|---|---|
| | **Vantagebp** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **1155 S. Grand Avenue** | ☐ Disputed | |
| | **Unit 105** | | |
| | **Los Angeles, CA 90015** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number __2159__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,886.29** |
|---|---|---|---|
| | **Venora Electric Inc.** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **71 West Dudley Town Road** | ☐ Disputed | |
| | **Bloomfield, CT 06002** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,385.10** |
|---|---|---|---|
| | **Walter Gordon Textiles** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **39 West 37th Street** | ☐ Disputed | |
| | **P.O. Box 905** | | |
| | **New York, NY 10018** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hermell Products Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Wells Fargo Bank N.A.**
**Attn: President**
**P.O. Box 777**
**San Francisco, CA 94120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.20 |
|---|---|---|---|

**XPO Logistics**
**Attn: President**
**29559 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,945.87 |
|---|---|---|---|

**YRC Freight**
**Attn: President**
**P.O. Box 93151**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number  **3149**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Accountemps** **Attn: Ignal Napolitano** **& Shapiro** **350 Fairfield Avenue** **Bridgeport, CT 06604** | Line **3.54** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Allen Maxwel & Silver Inc.** **Attn: Rosa Diaz** **382 Main Street** **Salem, NH 03079** | Line **3.48** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Celtic Bank** **Attn: President** **268 South State Street** **Salt Lake City, UT 84111** | Line **3.33** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Chase Weiss & Kehoe** **Attn: Matthew Weiss** **463 Livingston Street** **Suite 102-156** **Norwood, NJ 07648** | Line **3.36** ☐ Not listed. Explain ____ | _ |
| 4.5 | **Christine Sciarrino Esq** **Asst. U.S. Attorney** **1000 Lafayette Blvd** **10th Floor** **Bridgeport, CT 06601** | Line **2.1** ☐ Not listed. Explain ____ | _ |

Debtor    **Hermell Products Inc.**
_____
Name

Case number *(if known)*
_____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.6 **Don A. Leviton**<br>**Leviton Law Firm Ltd**<br>**One Pierce Place**<br>**Suite 725W**<br>**Itasca, IL 60143** | Line **3.71**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **Eversource**<br>**Attn: Bankruptcy or Legal Dept**<br>**107 Selden Street**<br>**Berlin, CT 06037** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **Howard Evan Ignal**<br>**Ignal, Napolitano & Shapiro PC**<br>**350 Fairfield Avenue**<br>**Bridgeport, CT 06604** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **I.C. System, Inc.**<br>**Attn: President**<br>**PO Box 64378**<br>**444 Highway 96 East**<br>**Saint Paul, MN 55164** | Line **3.66**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 **Internal Revenue Service**<br>**Attn: Anne Thiedemann Esq**<br>**Asst. U.S. Attorney**<br>**1000 Lafayette Blvd 10th Fl**<br>**Bridgeport, CT 06604** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 **Patricia Hill**<br>**Grayden Law**<br>**7570 Bales Street**<br>**Suite 220**<br>**Liberty Township, OH 45069** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 **Robert Half International Inc.**<br>**dba Accountemps**<br>**Attn: President**<br>**12400 Collections Center Dr**<br>**Chicago, IL 60693** | Line **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 **United States of America**<br>**Internal Revenue Service**<br>**Centralized Insolvency Office**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 **United States of America**<br>**Internal Revenue Service**<br>**Centralized Insolvency Office**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 **Winston Marketing**<br>**Attn: President**<br>**4800 Proviso Drive**<br>**Melrose Park, IL 60163** | Line **3.71**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 **YRC Freight**<br>**Attn: President**<br>**P.O.Box 7914**<br>**Overland Park, KS 66207** | Line **3.71**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Hermell Products Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.17 | **YRC Freight** **Attn: President** **P.O. Box 13573** **Newark, NJ 07188** | Line __3.71__ ☐ Not listed. Explain ____ | __ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 7,730.12 |
| **5b. Total claims from Part 2** | 5b. | + $ | 1,623,058.12 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 1,630,788.24 |

3/25/21 5:12PM

**Fill in this information to identify the case:**

Debtor name        **Hermell Products Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **purchase of BMW 530i xDrive Sedan** | |
| State the term remaining | **18 months** | **BMW Financial Services**<br>**Attn: President**<br>**P.O. Box 78103**<br>**Phoenix, AZ 85062** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **lease of copier** | |
| State the term remaining | | **De Lage Landen Financial Services Inc.**<br>**Attn: President**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **lease of postage meter** | |
| State the term remaining | | **Pitney Bowes**<br>**Attn: President**<br>**3001 Summer Street**<br>**Stamford, CT 06905** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **maintanance contract on copier for toner and usage** | |
| State the term remaining | | **Prism Office Solutions**<br>**Attn: President**<br>**75 School Ground Road**<br>**Branford, CT 06405** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

3/25/21 5:12PM

Debtor 1  **Hermell Products Inc.**
        First Name      Middle Name      Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **lease of water purifier** | |
|---|---|---|---|
| | State the term remaining | | **Pure Water Partners**<br>**Attn: President**<br>**1600 District Avenue**<br>**Suite 200**<br>**Burlington, MA 01803** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **lease of approximately 14,710 +/- square feet of Office/Shop space situated at 9 Britton Drive Bloomfield CT** | |
|---|---|---|---|
| | State the term remaining | **6 year 5 months** | **The Bloomfield Property Group**<br>**Attn: President**<br>**40 Callendar Road**<br>**Watertown, CT 06795** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Receivables Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Business Backer**<br>**Attn: President**<br>**10856 Reed Hartman Highway**<br>**Suite 100**<br>**Cincinnati, OH 45242** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **purchase of rotary screw air compressor** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Bank N.A.**<br>**Attn: President**<br>**P.O. Box 777**<br>**San Francisco, CA 94120** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Hermell Products Inc.**

United States Bankruptcy Court for the:     DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Ronald Pollack** | **26 Red Stone Drive Weatogue, CT 06089** | **Windsor Federal Savings & Loan** | ■ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   **Ronald Pollack** | **26 Red Stone Drive Weatogue, CT 06089** | **BMW Financial Services** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Hermell Products Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $69,317.21 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | $2,168,548.00 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | $2,203,487.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Hermell Products Inc.** _____    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **EMPLOYERS ASSOCIATION OF THE NORTHEAST v. HERMELL PRODUCTS, INC** HHD-CV19-5061559-S | **Small Claims** | **Judicial District of Hartford Clerk, Superior Court 95 Washington Street Hartford, CT 06106** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **ROBERT HALF INTERNATIONAL, INC. DBA ACCOUNTEMPS v. HERMELL PRODUCTS, INC.** HHD-CV19-6121295-S | **Contract** | **Judicial District of Hartford Clerk, Superior Court 95 Washington Street Hartford, CT 06106** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **MIDSTATE AIR COMPRESSOR INC v. HERMELL PRODUCTS** HHB-CV20-6062835-S | **Small Claims** | **Judicial District of Hartford Clerk, Superior Court 95 Washington Street Hartford, CT 06106** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1000**

| Debtor | **Hermell Products Inc.** | Case number *(if known)* | |

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Novak Law Office, PC 280 Adams Street Manchester, CT 06042** | **retainer** | **3/3/21** | **$15,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

Debtor     **Hermell Products Inc.**                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **The Business Backer Attn: President 10856 Reed Hartman Highway Suite 100 Cincinnati, OH 45242** | **Sale of certain pre-petition Accounts Receivables on 6/27/2019 and 6/9/2020 pursuant to receivable agreement** | **6/27/2019 and 6/9/2020** | **$290,020.00** |
| | Relationship to debtor **none** | | | |
| 13.2 . | **The Bloomfield Property Group Attn: President 40 Callendar Road Watertown, CT 06795** | **sale of real estate located at 9 Britton Drive Bloomfield CT** | | **$475,000.00** |
| | Relationship to debtor **none** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:
        Name of plan                                               Employer identification number of the plan
        **Hermell Products Inc. 401(K) Profit Sharing Plan & Trust**    EIN:   **06-0863589**

Debtor    **Hermell Products Inc.**                                              Case number *(if known)*

Has the plan been terminated?
- ☑ No
- ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Windsor Federal Savings & Loan**<br>**Attn: President**<br>**250 Broad Street**<br>**Windsor, CT 06095** | XXXX-9612 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 1/21/2021 | $438.07 |
| 18.2. | **Windsor Federal Savings & Loan**<br>**Attn: President**<br>**250 Broad Street**<br>**Windsor, CT 06095** | XXXX-7201 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other  **PPP**<br>**Loan** | | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Windsor Federal Savings & Loan**<br>**Attn: President**<br>**250 Broad Street**<br>**Windsor, CT 06095** | **Ron Pollack**<br>**26 Red Stone Drive**<br>**Weatogue, CT 06089** | **empty, unable to close it out due to lost key** | ☐ No<br>☑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

| Debtor | Hermell Products Inc. | | Case number *(if known)* | |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **The Business Backer**<br>**Attn: President**<br>**10856 Reed Hartman Highway**<br>**Suite 100**<br>**Cincinnati, OH 45242** | | **Certain pre-petition  account receivables sold to The Business Backer on 6/27/2019 and 1/9/020 are still on debtor's AR list** | **$290,020.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

3/25/21  5:12PM

| Debtor | **Hermell Products Inc.** | Case number *(if known)* | |
|---|---|---|---|

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Tim Keene** **Bardaglio Hart & Shuman** **594 North Street** **Windsor Locks, CT 06096** | **1/1/2021 - current** |
| 26a.2. | **Dave Rizzo** **Bardaglio Hart & Shuman LLC** **594 North Street** **Windsor Locks, CT 06096** | **2019 -2020** |
| 26a.3. | **ProBooks Bookkeeping &** **Tax Service** **856 East Street South** **Suffield, CT 06078** | **2019 - 11/2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Bardaglio Hart & Shuman** **594 North Street** **Windsor Locks, CT 06096** | **2019 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Ronald Pollack** **26 Red Stone Drive** **Weatogue, CT 06089** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Windsor Federal Savings & Loan** **Attn: President** **250 Broad Street** **Windsor, CT 06095** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Hermell Products Inc.**                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Ronald Pollack | 26 Red Stone Drive<br>Weatogue, CT 06089 | CEO | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Ronald Pollack<br>26 Red Stone Drive<br>Weatogue, CT 06089 | approximately $120,000.00 | weely salary | salary |
| | Relationship to debtor<br>President of company | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|
| **Hermell Products Inc. 401(k) Profit Shring Plan & Trust** | **EIN:    06-0863589** |

| Debtor | **Hermell Products Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**March 25, 2021**___

**/s/ Ronald G. Pollack**                                      **Ronald G. Pollack**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re    **Hermell Products Inc.**                                          Case No.
_____    _____
                                      Debtor(s)    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept a retainer of | $ | 13,283.00 |
| Prior to the filing of this statement I have received a retainer of (includes filing fee) | $ | 15,000.00 |
| Balance of retainer due | $ | 0.00 |

2.    The source of the compensation paid to me was:

      ☑ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ☑ Debtor    ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed retainer, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

**Reference is hereby made to the Bankruptcy Retainer Agreement dated March 3, 2021 for description of services and
compensation to be paid.**

**Representation of the Debtor in this Chapter 11 proceeding  requires a separate attorney's fee to be paid on an hourly
rate basis, which will be billed against the retainer subject to applications to the Bankruptcy Court.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____
*Date*

                                      **Anthony S. Novak**
                                      *Signature of Attorney*
                                      **Novak Law Office, P.C.**
                                      **280 Adams Street**
                                      **Manchester, CT 06042**
                                      **860-432-7710  Fax: 860-432-7724**
                                      **anthonysnovak@aol.com**
                                      *Name of law firm*

# United States Bankruptcy Court
## District of Connecticut

In re    **Hermell Products Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ronald Pollack**<br>**26 Red Stone Drive**<br>**Weatogue, CT 06089** | **Common** | **100** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 25, 2021**

Signature    **/s/ Ronald G. Pollack**

**Ronald G. Pollack**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

In re   **Hermell Products Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 25, 2021**

**/s/ Ronald G. Pollack**
**Ronald G. Pollack**/President
Signer/Title

A1-Label Co.
Attn: President
121 Hawkins Place #147
Boonton, NJ 07005


Accountemps
Attn: Ignal Napolitano
& Shapiro
350 Fairfield Avenue
Bridgeport, CT 06604


Albany Foam & Supply Inc.
Attn: President
1335 Broadway
Albany, NY 12204


Allen Maxwel & Silver Inc.
Attn: Rosa Diaz
382 Main Street
Salem, NH 03079


American Shipping Co. Inc.
Attn: President
250 Moonachie Road
Moonachie, NJ 07074


Anchor Staffing Services LLC
Attn: President
36 Main Street
Windsor Locks, CT 06096


Bardaglio Hart & Shuman
Attn: Managing Partner
594 North Street
P.O. Box 546
Windsor Locks, CT 06096


Bishop & Company Inc.
Attn: President
1365 Wampanoag Trail
East Providence, RI 02915


BMW Bank of North America
Attn: President
P.O. Box 78066
Phoenix, AZ 85062

BMW Financial Services
Attn: President
P.O. Box 78103
Phoenix, AZ 85062


BMW Financial Services
Attn: President
PO Box 3608
Dublin, OH 43016


Bohan & Bradstreet
Attn: President
2488 Boston Post Road
Suite A
Guilford, CT 06437


Braman
Attn: President
P.O. Box 368
Agawam, MA 01001


Capital Foam Products
Attn: President
75 East Union Avenue
East Rutherford, NJ 07073


Celtic Bank
Attn: President
268 South State Street
Salt Lake City, UT 84111


Central Transport
Attn: President
P.O. Box 33299
Detroit, MI 48232


Chase Weiss & Kehoe
Attn: Matthew Weiss
463 Livingston Street
Suite 102-156
Norwood, NJ 07648


Christine Sciarrino Esq
Asst. U.S. Attorney
1000 Lafayette Blvd
10th Floor
Bridgeport, CT 06601

Comcast
Attn: President
P.O. Box 70219
Philadelphia, PA 19176


Comcast
Attn: President
P.O. Box 37601
Philadelphia, PA 19101


Commerce Tachnologies LLC
Attn: President
25736 Network Place
Chicago, IL 60673


Connecticut Natural Gas
Attn: President
P.O. Box 84720
Boston, MA 02284


CT Occupational Medicine
Partners
Attn: President
P.O.Box 539
Hartford, CT 06141


Custom & Miller Box
Attn: President
P.O. Box 2410
Pawtucket, RI 02860


De Lage Landen Financial
Services, Inc.
P.O. Box 41602
Philadelphia, PA 19101


De Lage Landen Financial
Services Inc.
Attn: President
1111 Old Eagle School Road
Wayne, PA 19087


Don A. Leviton
Leviton Law Firm Ltd
One Pierce Place
Suite 725W
Itasca, IL 60143

Dunlap Industries Inc.
Attn: Presient
P.O. Box 459
Dunlap, TN 37327


Employers Association of the
Northeast
Attn: Mark R. Adams
67 Hunt St  P.O. Box 1070
Agawam, MA 01001


Encore Poly Corporation
Attn: President
240 W. Passaic Street
Suite 7
Maywood, NJ 07607


Eversource
Attn: President
P.O. Box 56002
Boston, MA 02205


Eversource
Attn: Bankruptcy or Legal Dept
107 Selden Street
Berlin, CT 06037


Fabri-Quilt Inc.
Attn: President
P.O. Box 843154
Kansas City, MO 64184


Fabric Sales LLC
Attn: President
P.O. Box 2309
Livingston, NJ 07039


Fedex
Attn: President
100 Old County Circle
Windsor Locks, CT 06096


Fedex Custom Critical Inc.
Attn: President
P.O. Box 645123
Pittsburgh, PA 15264

Fedex Freight
Attn: President
P.O. Box 223125
Pittsburgh, PA 15251


Great American Financial Svcs
Attn: President
P.O. Box 660831
Dallas, TX 75266


Halco
Attn: President
20269 Mack Street
Hayward, CA 94545


Howard Evan Ignal
Ignal, Napolitano & Shapiro PC
350 Fairfield Avenue
Bridgeport, CT 06604


I.C. System, Inc.
Attn: President
PO Box 64378
444 Highway 96 East
Saint Paul, MN 55164


Image Works
Attn: President
P.O. Box 3184
Vernon Rockville, CT 06066


Internal Revenue Service
Attn: Special Procedures
135 High Street, Stop 155
Hartford, CT 06103


Internal Revenue Service
Attn: Anne Thidemann Esq
Asst. U.S. Attorney
1000 Lafayette Blvd 10th Fl
Bridgeport, CT 06604


Jennifer W. LaBrie
77 Old Stagecoach Road
Meriden, CT 06450

```
K & L Gates LLP
Attn: President
State Street Financial Center
One Lincoln Street
Boston, MA 02111


Kabbage Inc.
Attn: President
P.O. Box 77081
Atlanta, GA 30357


Key Container
Attn: President
P.O.Box 2370
21 Campbell Street
Pawtucket, RI 02861


Leaf
Attn: President
P.O. Box 742647
Cincinnati, OH 45274


Leaf Capital Funding LLC
Attn: President
2005 Market Street
14th Floor
Philadelphia, PA 19103


Lincoln Finanical Group
Attn: Presidnet
1300 S. Clinton Street
P.O. Box 2248
Fort Wayne, IN 46801


McElroy Deutch Mulcaney
& Carpenter LLP
One State Street
14 Floor
Hartford, CT 06103


Metropolitan District
Attn: President
P.O. Box 990092
Hartford, CT 06199
```

Midstate Air Compressor Inc.
Attn: Carlos Orozco
1492 Berlin Turnpike
Berlin, CT 06037


Milberg Factors Inc.
Attn: President
99 Park Avenue
New York, NY 10016


Nortech Laboratories Inc.
Attn: President
125 Sherwood Avenue
Farmingdale, NY 11735


NSI Total IT Support
Attn: President
P.O. Box 4110
Woburn, MA 01888


Paines Recycling & Rubbish
Removal
Attn: President
P.O. Box 307
Simsbury, CT 06070


Patricia Hill
Grayden Law
7570 Bales Street
Suite 220
Liberty Township, OH 45069


Philadelphia Insurance
Attn: President
P.O. Box 70251
Philadelphia, PA 19176


PIP New England Marketing
Attn: President
175 Benton Drive
East Longmeadow, MA 01028


Pitney Bowes
Attn: President
3001 Summer Street
Stamford, CT 06905

Pitney Bowes Global
Financial Services
Attn: President
P.O. Box 371887
Pittsburgh, PA 15250

Polymershapes
Attn: President
24482 Network Place
Chicago, IL 60673

Prism Office Solutions
Attn: President
75 School Ground Road
Branford, CT 06405

Pro Books Bookeeping &
Tax Service LLC
Attn: President
856 East Street South
Suffield, CT 06078

Pure Water Partners
Attn: President
1600 District Avenue
Suite 200
Burlington, MA 01803

Quill Corporation
Attn: President
PO Box 37600
Philadelphia, PA 19101

Robert Half International Inc.
dba Accountemps
Attn: Sherrill Dalb
100 Pearl Street 15th Floor
Hartford, CT 06103

Robert Half International Inc.
dba Accountemps
Attn: President
12400 Collections Center Dr
Chicago, IL 60693

Rock Valley Textiles Inc.
Attn: President
11 Avon Street
Janesville, WI 53545


Sabra North America
Attn: President
2237 Wadhams Road
Smiths Creek, MI 48074


Shijiahuang Ou Le Trading Co
Attn: President
38-2 Room Youyi North Street
Shijiazhuang, Hebei, China


Sonitrol
Attn: President
P.O.Box 4006
Rocky Hill, CT 06067


State of Connecticut
Dept. of Revenue Services
C&E Division, Bankruptcy Unit
450 Columbus Blvd., Suite 1
Hartford, CT 06103


State of Connecticut
Dept. of Economic Development
Attn: Manager
505 Hudson Street
Hartford, CT 06106


Stein Fibers
Keybank Lock Box Services
Attn: President
P.O. Box 714522
Cincinnati, OH 45271


Superb Packaging Inc.
Attn: President
36 Van Tassel Court
Highland Mills, NY 10930


The Bloomfield Property Group
Attn: President
40 Callendar Road
Watertown, CT 06795

The Business Backer
Attn: President
10856 Reed Hartman Highway
Suite 100
Cincinnati, OH 45242


Town of Bloomfield
Attn: Tax Collector
800 Bloomfield Avenue
Bloomfield, CT 06002


U.S. Small Business
Administration
CT District Office
280 Trumbull Street, 2nd Floor
Hartford, CT 06103


U.S. Small Business Admin
Attn: Manager
2 North 20th Street
Suite 320
Birmingham, AL 35203


U.S. Small Business Admin
Attn: James Rivera
14925 Kingsport Road
Fort Worth, TX 76155


U.S. Small Business Admin.
Attn: Manager
P.O. Box 740192
Atlanta, GA 30374


Uline
Attn: President
P.O. Box 88741
Chicago, IL 60680


United States of America
Internal Revenue Service
Centralized Insolvency Office
P.O. Box 21126
Philadelphia, PA 19114

```
United States of America
Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101


UPS Freight
Attn: President
28013 Network Place
Chicago, IL 60673


UPS Small Parcel
Attn: President
P.O. Box 7247-0244
Philadelphia, PA 19170


Vantagebp
Attn: President
1155 S. Grand Avenue
Unit 105
Los Angeles, CA 90015


Venora Electric Inc.
Attn: President
71 West Dudley Town Road
Bloomfield, CT 06002


Walter Gordon Textiles
Attn: President
39 West 37th Street
P.O. Box 905
New York, NY 10018


Wells Fargo Bank N.A.
Attn: President
P.O. Box 777
San Francisco, CA 94120


Windsor Federal Savings & Loan
Attn: President
250 Broad Street
Windsor, CT 06095


Winston Marketing
Attn: President
4800 Proviso Drive
Melrose Park, IL 60163
```

```
XPO Logistics
Attn: President
29559 Network Place
Chicago, IL 60673


YRC Freight
Attn: President
P.O. Box 93151
Chicago, IL 60673


YRC Freight
Attn: President
P.O.Box 7914
Overland Park, KS 66207


YRC Freight
Attn: President
P.O. Box 13573
Newark, NJ 07188
```

# United States Bankruptcy Court
## District of Connecticut

In re   **Hermell Products Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hermell Products Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 25, 2021**

Date

**/s/ Anthony S. Novak**

**Anthony S. Novak**

Signature of Attorney or Litigant

Counsel for   **Hermell Products Inc.**

**Novak Law Office, P.C.**

**280 Adams Street**
**Manchester, CT 06042**
**860-432-7710 Fax:860-432-7724**
**anthonysnovak@aol.com**