UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : |
| | : |
| HERMELL PRODUCTS INC. | : CHAPTER 11 Subchapter V |
| DEBTOR | : |
| | : CASE NO. 21-20284(jjt) |
| HERMELL PRODUCTS INC. | : |
| MOVANT | : |
| | : |
| V | : |
| | : |
| TIMOTHY MILTENBERGER, | : |
| SUB-CHAPTER 11 TRUSTEE | : |
| UNITED STATES TRUSTEE | : |
| RESPONDENTS | |

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Continued Notice of Commencement of Case (341 Notice) was sent via Notice of Electronic Filing to Timothy Miltenberger, Sub-Chapter 11 Trustee, and to the Office of the U.S. Trustee, District of Connecticut, and to all parties or counsel who are registered filers, and via first class mail to all parties listed below this 26th day of April, 2021.

**U.S. TRUSTEE (electronic)**
Office of the U. S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**TRUSTEE (electronic)**
Timothy Miltenberger, Esq.
Coan Lewendon Gulliver &
Miltenberger LLC
495 Orange Street
New Haven, CT 06511

### First Class Mail

Hermell Products Inc.
Attn: Ronald G. Pollack
9 Britton Drive
Bloomfield CT 06002
(Debtor)

FPF Office
Attn: Maryann Appel
1100 Raymond Blvd
Suite 502
Newark NJ 07102

Roanoke Claims Service
Attn: Rebecca Mccall
1475 E. Woodfield Road
Suite 500
Schaumburg IL 60173

TForce Worldwide Inc.
Attn: President
P.O. Box 932721
Cleveland OH 44193

Transworld Systems Inc.
Attn: President
500 Virginia Drive
Suite 514
Fort Washington PA 19034

Transworld Systems Inc.
Attn: President
P.O. Box 15095
Wilmington DE 19850

TFORCE Worldwide Inc.
Attn: President
1000 Windham Parkway
Bolingbrook IL 60490

U.S. Small Business Admin.
CT District Office
Attn: Chatherine Marx
280 Trumbull Street, 2nd Floor
Hartford, CT 06103

/s/Anthony S. Novak
Anthony S. Novak
Attorney for Debtor
Novak Law Office P.C.
280 Adams Street
Manchester CT 06042
860-432-7710
Anthonysnovak@aol.com
Federal Bar No. ct09074

AMENDED

| Information to identify the case: | | |
|---|---|---|
| Debtor | Hermell Products Inc.<br>Name | EIN 06-0863589 |
| United States Bankruptcy Court   District of Connecticut<br>Case number:   21-20284 jjt | | Date case filed for chapter 11   3/25/21 |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/1/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| 1. | Debtor's full name | Hermell Products Inc. | |
|---|---|---|---|
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 9 Britton Drive<br>Bloomfield, CT 06002 | |
| 4. | Debtor's attorney<br>Name and address | Anthony S. Novak<br>Novak Law Office, P.C.<br>280 Adams Street<br>Manchester, CT 06042-1975 | Contact phone 860-432-7710<br><br>Email: AnthonySNovak@aol.com |
| 5. | Bankruptcy trustee<br>Name and address | United States Trustee<br>Giamo Federal Building<br>150 Court Street, Suite 302<br>New Haven, CT 06510 | Contact phone 203-624-4756 |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 450 Main Street<br>7th Floor<br>Hartford, CT 06103 | Hours open:<br>9:00 a.m. - 4:00 p.m. Monday - Friday<br><br>Contact phone 860-240-3675<br><br>Date: 3/26/21 |

For more information, see page 2 >

Debtor  Hermell Products Inc.                                                                 Case number  21-20284

| 7. Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | May 10, 2021 @ 1:00 P.M.<br>Conference Line: 877-915-2934<br>Participant Code: 8494974 | Location:<br>DUE TO COVID-19 THE MEETING OF CREDITORS WILL BE HELD TELEPHONICALLY. |
|---|---|---|
| 8. Proof of claim deadline | **Deadline for filing proof of claim:**<br>For all creditors (except a governmental unit):     May 24, 2021<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. Exception to discharge deadline<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | |
| 10. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |